IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| IN RE: § | |
| AGM VENTURES LLC § | |
| § | |
| DEBTOR § | BANKRUPTCY CASE NO. 24-10457 |

## BALANCE SHEET

# Balance Sheet

## AGM Ventures LLC
### As of March 15, 2024

|  | MAR 15, 2024 |
|---|---:|
| **Assets** | |
| **Current Assets** | |
| **Cash and Cash Equivalents** | |
| BUS COMPLETE CHK | 5,115.40 |
| **Total Cash and Cash Equivalents** | **5,115.40** |
| Receivable from Amazon | 6,881.11 |
| FBA Inventory | 65,329.98 |
| **Total Current Assets** | **77,326.49** |
| **Long Term Assets** | |
| Goodwill | 546,375.00 |
| Intangible Asset | 34,875.00 |
| Acquisition Cost | 8,388.89 |
| **Total Long Term Assets** | **589,638.89** |
| **Total Assets** | **666,965.38** |
| **Liabilities and Equity** | |
| **Liabilities** | |
| **Current Liabilities** | |
| Accrued Liabilities | 6,229.63 |
| Amazon Loan | 105,993.64 |
| Current Loan Payable - FundEx | 65,700.00 |
| Current Contra Debt Account – Loan Fees | (4,856.37) |
| Seller Finance Loan | 56,633.00 |
| Chase Credit Card | 68,630.15 |
| **Total Current Liabilities** | **298,330.05** |
| **Long Term Liabilities** | |
| Loan - Marcus Goldman | 64,052.13 |
| Non-Current Loan Payable - FundEx | 518,924.82 |
| Non-Current Contra Debt Account – Loan Fees | (9,309.31) |
| **Total Long Term Liabilities** | **573,667.64** |
| **Total Liabilities** | **871,997.69** |
| **Equity** | |
| Current Year Earnings | (6,260.04) |
| Owners Contribution | 47,802.53 |
| Owners Draw | (153,283.10) |

Balance Sheet

|  | MAR 15, 2024 |
|---|---:|
| Retained Earnings | (93,291.70) |
| **Total Equity** | **(205,032.31)** |
| **Total Liabilities and Equity** | **666,965.38** |