**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| **IN RE:** § | |
| **AGM VENTURES LLC** § | |
| § | |
| **DEBTOR** § | **BANKRUPTCY CASE NO. 24-10457** |

**CASH FLOW STATEMENT**

# Statement of Cash Flows

**AGM Ventures LLC**
**For the period January 1, 2024 to March 15, 2024**

| | JAN 1-MAR 15, 2024 |
|---|---:|
| **Operating Activities** | |
| Receipts from customers | 78,339.97 |
| Payments to suppliers and employees | (61,072.29) |
| Cash receipts from other operating activities | (16,027.72) |
| **Net Cash Flows from Operating Activities** | **1,239.96** |
| **Investing Activities** | |
| Other cash items from investing activities | 6,881.80 |
| **Net Cash Flows from Investing Activities** | **6,881.80** |
| **Financing Activities** | |
| Other cash items from financing activities | (17,490.68) |
| **Net Cash Flows from Financing Activities** | **(17,490.68)** |
| **Net Cash Flows** | **(9,368.92)** |
| **Cash and Cash Equivalents** | |
| Cash and cash equivalents at beginning of period | 14,484.32 |
| Net cash flows | (9,368.92) |
| Cash and cash equivalents at end of period | 5,115.40 |
| **Net change in cash for period** | **(9,368.92)** |