**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| **AGM VENTURES LLC** | § | |
| | § | |
| **DEBTOR** | § | **BANKRUPTCY CASE NO. 24-10457** |

**STATEMENT OF OPERATIONS**

# Income Statement (Profit and Loss)

## AGM Ventures LLC
## For the period January 1, 2024 to March 15, 2024

|  | JAN 2024 | FEB 2024 | MAR 2024 | YEAR TO DATE |
|---|---:|---:|---:|---:|
| **Income** | | | | |
| Amazon Sales | 40,056.98 | 29,173.79 | 14,130.39 | 83,361.16 |
| Amazon.ca Sales | 80.78 | 6.31 | - | 87.09 |
| Sales Refund | (3,204.54) | (1,488.90) | (570.07) | (5,263.51) |
| Shopify Sales | 42.51 | 61.00 | - | 103.51 |
| Stripe Sales | 4.39 | 47.33 | - | 51.72 |
| **Total Income** | **36,980.12** | **27,799.53** | **13,560.32** | **78,339.97** |
| **Cost of Goods Sold** | | | | |
| Amazon FBA Fees | 15,640.28 | 15,121.04 | 6,988.08 | 37,749.40 |
| Cost of Goods Sold | 5,207.40 | 3,792.59 | 1,836.95 | 10,836.94 |
| **Total Cost of Goods Sold** | **20,847.68** | **18,913.63** | **8,825.03** | **48,586.34** |
| **Gross Profit** | **16,132.44** | **8,885.90** | **4,735.29** | **29,753.63** |
| **Operating Expenses** | | | | |
| Bank Service Charges | 80.00 | 55.44 | 108.88 | 244.32 |
| Dues & Subscriptions | 161.21 | 82.20 | 3.19 | 246.60 |
| Insurance | - | (0.10) | - | (0.10) |
| Legal Expenses | - | 1,500.00 | 7,500.00 | 9,000.00 |
| Telephone & Internet | 86.37 | 76.29 | 66.19 | 228.85 |
| Website and Software | 2,766.28 | - | - | 2,766.28 |
| **Total Operating Expenses** | **3,093.86** | **1,713.83** | **7,678.26** | **12,485.95** |
| **Operating Income** | **13,038.58** | **7,172.07** | **(2,942.97)** | **17,267.68** |
| **Other Income / (Expense)** | | | | |
| Amortization | (3,750.00) | (3,750.00) | - | (7,500.00) |
| Interest Expense | (6,406.86) | (8,068.55) | (1,552.31) | (16,027.72) |
| **Total Other Income / (Expense)** | **(10,156.86)** | **(11,818.55)** | **(1,552.31)** | **(23,527.72)** |
| **Net Income** | **2,881.72** | **(4,646.48)** | **(4,495.28)** | **(6,260.04)** |