# UNITED STATES BANKRUPTCY COURT
## *Western District of Texas*
**903 SAN JACINTO, SUITE 322**
**AUSTIN, TX 78701**

*Barry D. Knight*
CLERK OF COURT

*(512) 916−5237*

**DATE:** July 1, 2024

**Mr. Lane and Mr. Casas**
**The Lane Law Firm PLLC**
**6200 Savoy Dr Ste 1150**
**Houston, TX 77036−3369**

**RE:** Order Due

  Bankruptcy Case No.: **24−10457−smr**
  Case Style: AGM Ventures LLC

Dear  Mr. Lane and Mr. Casas:

   During a periodic review of case files and docket sheets, the Clerk's Office records reflected that you were directed to prepare a form of order in conformance with the Court's ruling on 06/13/24

48−6  **6** − Motion to Use Cash Collateral (21 Day Objection Language) filed by Robert Chamless Lane for Debtor AGM Ventures LLC (Attachments: # 1 Exhibit A − Budget # 2 Exhibit B − UCC Lien List # 3 Exhibit C − Declaration # 4 Proposed Order)(Lane, Robert)

   According to our files, no such order has been entered, and as a result, the court records are incomplete.

   Please submit a form of order, resolving the above−referenced matter, by **7/22/24**. If no order is received, the Court may dismiss the matter for want of prosecution.

                              Barry D. Knight
                              Clerk, U. S. Bankruptcy Court

                              BY: Estella Benitez Jurado

**IF AN ORDER HAS ALREADY BEEN SENT, PLEASE DISREGARD THIS LETTER.**

---

**511 E. San Antonio Avenue, Suite 444**
El Paso, Texas 79901
(915) 779−7362

**615 E. Houston Street, Suite 597**
San Antonio, Texas 78205
(210) 472−6720

**800 Franklin Avenue, Suite 140**
Waco, Texas 76701
(254) 750−1513

[Order Due Letter] [Ltrodap]