**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| AGM VENTURES LLC | § | |
| | § | |
| DEBTOR | § | BANKRUPTCY CASE NO. 24-10457 |

**NOTICE OF CONFIRMATION HEARING AND PLAN DEADLINES AND MAILING OF**
**SOLICITATION PACKAGE**
**(Docket No. 52 & 55)**

You are hereby notified that a hearing on Debtor's Chapter 11 Plan (Docket No. 52) is set for September 5, 2024 at 1:30 PM. This will be in person at the United States Bankruptcy Courthouse, Courtroom No 1, 903 San Jacinto Blvd., Austin, Texas 78701. The Plan deadlines are as follows:

1. Last day to file a Plan objections and submit ballots will be August 30, 2024;

2. Ballot Summary is due no later than September 3, 2024.

Debtor has mailed a copy of the Chapter 11 Plan with exhibits ("Solicitation Package"), along with a ballot, copy of the Order Setting Hearing on Confirmation of Plan (Docket No. 55) and this notice to all parties in interest.

*If you are unfamiliar with Judge Robinson's courtroom instructions please see below link:*

Honorable Shad M. Robinson, U.S. Bankruptcy Judge | Western District of Texas | United States Bankruptcy Court (uscourts.gov)

Respectfully submitted,

THE LANE LAW FIRM, PLLC

*/s/Robert C. Lane*
Robert C. Lane
State Bar No. 24046263
notifications@lanelaw.com
Joshua D. Gordon
State Bar No. 24091592
Joshua.gordon@lanelaw.com
6200 Savoy, Suite 1150
Houston, Texas 77036
(713) 595-8200 Voice
(713) 595-8201 Facsimile
COUNSEL FOR DEBTOR

## <u>CERTIFICATE OF SERVICE</u>

   I hereby certify that a true and correct copy of the Notice of Chapter 11 Plan Confirmation Hearing and Plan Deadlines and mailing of Solicitation Package was served upon the US Trustee and to the parties listed on the service list below and on the attached mailing matrix, either via electronic notice by the court's ECF noticing system or by United States first class mail, postage prepaid, on July 26, 2024:

<u>Debtor:</u>
AGM Ventures LLC
8917 Vigen Circle
Austin, TX 78748

<u>US Trustee:</u>
Office of the U.S. Trustee
903 San Jacinto Blvd
Room 230
Austin, Texas 78701

<u>Electronic Notification ECF:</u>

Michael G. Colvard
mcolvard@mdtlaw.com, mcolvard@ecf.axosfs.com;amartinez@mdtlaw.com

Robert Chamless Lane on behalf of Debtor AGM Ventures LLC
chip.lane@lanelaw.com, thelanelawfirm@jubileebk.net;notifications@lanelaw.com

Shane P. Tobin on behalf of U.S. Trustee United States Trustee - AU12
shane.p.tobin@usdoj.gov,
Carolyn.Feinstein@usdoj.gov;gary.wright3@usdoj.gov;Tisha.Savannah@usdoj.gov

United States Trustee - AU12
ustpregion07.au.ecf@usdoj.gov

Kyle Woodard on behalf of Creditor Fund-Ex Solutions Group, LLC
kwoodard@krcl.com, KWoodard@ecf.courtdrive.com;ecf@krcl.com

         */s/Robert C. Lane*
         Robert C. Lane

Label Matrix for local noticing
0542-1
Case 24-10457-smr
Western District of Texas
Austin
Fri Jul 26 07:33:19 CDT 2024

AGM Ventures LLC
7305 Parkline Dr
Richmond, VA 23226-3714

United States Trustee (SMG111)
United States Trustee
903 San Jacinto Blvd, Suite 230
Austin, TX 78701-2450

U.S. BANKRUPTCY COURT
903 SAN JACINTO, SUITE 322
AUSTIN, TX 78701-2450

AGM Ventures LLC
8917 VIGEN CIR
Austin, TX 78748-1600

Alexander Michael
8917 Vigen Cir
Austin, TX 78748-1600

Amazon Capital Services, Inc.
410 Terry Ave N
Seattle, WA 98109-5210

Amazon Capital Services, Inc.
c/o K&L Gates LLP
Attn:  Brian Peterson
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158

American Express
200 Vesey St
New York, NY 10285-1000

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

Fund-Ex Solutions Group, LLC
201 Solar St
Syracuse, NY 13204-1425

Fund-Ex Solutions Group, LLC
Attn: Heidi Whitesell
10234 W. State Road 84
Davie, FL 33324-4202

Fund-Ex Solutions Group, LLC
c/o Kyle Woodard
Kane Russell Coleman Logan PC
901 Main Street, Suite 5200
Dallas, TX 75202-3705

Goldman Sachs Bank USA
P.O. Box 45400
Salt Lake City, UT 84145-0400

(p)JPMORGAN CHASE BANK  N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o Robertson, Anschutz, Schneid,
Crane & Partners, PLLC
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487-2853

The Lane Law Firm
6200 Savoy Dr Ste 1150
Houston, TX 77036-3369

United States Trustee - AU12
United States Trustee
903 San Jacinto Blvd, Suite 230
Austin, TX 78701-2450

Michael G. Colvard
Martin & Drought, PC
Weston Centre
112 E Pecan St, Suite 1616
San Antonio, TX 78205-8902

Robert Chamless Lane
The Lane Law Firm PLLC
6200 Savoy Dr Ste 1150
Houston, TX 77036-3369

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

JPMorgan Chase
270 Park Ave
New York, NY 10017-2014

End of Label Matrix
Mailable recipients     19
Bypassed recipients      0
Total                   19