| Fill in this information to identify the case: | |
|---|---|
| Debtor Name | AGM Ventures LLC |
| United States Bankruptcy Court for the: | Western District of Texas |
| Case number: | 24-10457 |

☐ Check if this is an amended filing

## Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11    12/17

| Month: | June 2024 | Date report filed: | MM / DD / YYYY |
|---|---|---|---|
| Line of business: | Leather Wallet Retailer | NAISC code: | 448320 |

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

| Responsible party: | Alexander Michael - Owner |
|---|---|
| Original signature of responsible party | |
| Printed name of responsible party | Alexander Michael |

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*. | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  AGM Ventures LLC                                    Case number  24-10457

17.  Have you paid any bills you owed before you filed bankruptcy?          ☐  ☑  ☐

18.  Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?          ☐  ☑  ☐

## 2. Summary of Cash Activity for All Accounts

19.  **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$ _____ 3836

20.  **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.

$ _____ 32192

21.  **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.

– $ _____ 30567

22.  **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

+ $ _____ 1625

23.  **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

= $ _____ 5461

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24.  **Total payables**

*(Exhibit E)*

$ _____ 0

Debtor Name  AGM Ventures LLC                          Case number  24-10457

---

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                $ _____ 0

    *(Exhibit F)*

---

## 5. Employees

26. What was the number of employees when the case was filed?                             _____ 0
27. What is the number of employees as of the date of this monthly report?               _____ 0

---

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?              $2,000.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   3,000.00
30. How much have you paid this month in other professional fees?                                         $ _____ 0
31. How much have you paid in total other professional fees since filing the case?                        $ _____ 0

---

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | *Column A* Projected | − | *Column B* Actual | = | *Column C* Difference |
|---|---|---|---|---|---|
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 38400 | − | $ 32192 | = | $ 6208 |
| 33. **Cash disbursements** | $ 33510 | − | $ 30567 | = | $ 2943 |
| 34. **Net cash flow** | $ 4890 | − | $ 1625 | = | $ 3265 |

35. Total projected cash receipts for the next month:                                        $ 31800
36. Total projected cash disbursements for the next month:                                  − $ 26540
37. Total projected net cash flow for the next month:                                       = $ 5260

---

Debtor Name  AGM Ventures LLC                                          Case number 24-10457

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑  38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐  39. Bank reconciliation reports for each account.

☑  40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐  41. Budget, projection, or forecast reports.

☐  42. Project, job costing, or work-in-progress reports.

Print    Save As...    Reset

| *Exhibit D - Total Cash Disbursements* | | | |
| --- | --- | --- | --- |
| **Date Paid** | **Payee** | **Purpose** | **Amount** |
| 6/3/24 | Alexander Michael | Owners Draw | $ 250.00 |
| 6/3/24 | Check fee | Paying Trustee | $ 3.00 |
| 6/10/24 | Lane Law Firm | Lawyer Fees | $ 40.00 |
| 6/12/24 | Ever Blue Leather Co | Inventory | $ 2,256.00 |
| 6/12/24 | Alexander Michael | Owners Draw | $ 250.00 |
| 6/12/24 | Chase Bank | Wire Fee | $ 40.00 |
| 6/13/24 | Amplifyy | Warehouse | $ 271.00 |
| 6/13/24 | Perpetua | Software | $ 751.90 |
| 6/13/24 | Alexander Michael | Owners Draw | $ 250.00 |
| 6/21/24 | Alexander Michael | Owners Draw | $ 250.00 |
| 6/24/24 | Junglr | Software | $ 800.00 |
| 6/24/24 | Lane Law Firm | Lawyer Fees | $ 1,000.00 |
| 6/24/24 | Liberty Mutual | Insurance | $ 438.27 |
| 6/27/24 | Fund-Ex Solutions Group | Adequate Protection Payment | $ 2,500.00 |
| 6/27/24 | Chase Bank | Wire Fee | $ 25.00 |
| 6/28/24 | UPS Store | Mailing Trustee Check | $ 15.36 |
| 6/1-6/30/24 | Amazon | FBA Fees | $ 11,813.16 |
| 6/1-6/30/24 | Amazon | Refunds | $ 1,868.89 |
| 6/1-6/30/24 | Amazon | Advertising | $ 7,744.40 |

# Balance Sheet

**AGM Ventures, LLC**
**Balance Sheet**
**6/1/24 - 6/30/24**

| | | Current Period<br>6/1/24 - 6/30/24 |
|---|---|---|
| **ASSETS** | | |
| **Current Assets:** | | |
| Cash | $ | 4,317.78 |
| Amazon Balance | | 14,089.94 |
| Inventory | | 60,833.75 |
| **Total Current Assets** | | 79,241.47 |
| | | |
| **Other Assets:** | | |
| Goodwill | | 603,092.65 |
| Acquisition Cost | | 79,000.00 |
| Trademarks | | 1.00 |
| **Total Other Assets** | | 682,093.65 |
| | | |
| **TOTAL ASSETS** | $ | **761,335.12** |
| | | |
| **LIABILITIES** | | |
| **Long-Term Liabilities:** | | |
| Notes Payable | | 847,692.00 |
| **Total Long-Term Liabilities** | | 847,692.00 |
| | | |
| **EQUITY** | | |
| Opening Retained Earnings | | (89,481.88) |
| Dividends Paid/Owner's Draw | | 1,500.00 |
| Net Income (Loss) | | 1,625.00 |
| **Total Equity** | | (86,356.88) |
| | | |
| **TOTAL LIABILITIES & EQUITY** | $ | **761,335.12** |
| | | |
| Balance Sheet Check | | - |

# Income Statement

**AGM Ventures, LLC**
**Income Statement**
**For the period 6/1/24 - 6/30/24**

|  | Current Period 6/1/24-6/30/24 |
|---|---:|
| **REVENUES** | |
| Amazon Sales | $ 31,900.26 |
| Selling Fee Refunds | 280.48 |
| Transaction Fee Refunds | 10.85 |
| **TOTAL REVENUES** | **32,191.59** |
| | |
| **COST OF GOODS SOLD** | |
| Inventory Purchases | 2,256.00 |
| FBA Inventory and Inbound Services Fees | 265.17 |
| FBA Selling Fees | 4,681.21 |
| FBA Transaction Fees | 6,527.90 |
| Refunds | 1,868.89 |
| Promotional Rebates | 127.33 |
| Shipping Credit Refunds | 11.98 |
| Other FBA Fees | 338.88 |
| **TOTAL COST OF GOODS SOLD** | 16,077.36 |
| | |
| **GROSS PROFIT (LOSS)** | 16,114.23 |
| | |
| **OPERATING EXPENSES** | |
| Advertising | 7,744.40 |
| Bank Service Charges | 68.00 |
| Insurance | 438.27 |
| Software | 1,551.90 |
| Warehouse | 271.00 |
| **TOTAL OPERATING EXPENSES** | 10,073.57 |
| | |
| **OPERATING PROFIT (LOSS)** | 6,040.66 |
| | |
| **OTHER DISBURSEMENTS** | |
| Owners Draw | 1,000.00 |
| **TOTAL OTHER DISBURSEMENTS** | 1,000.00 |
| | |
| **NET INCOME (LOSS)** | **$ 5,040.66** |

# CHASE ⬡

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

June 01, 2024 through June 28, 2024
Account Number:       0592

---

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

00253387 DRE 001 142 18124 NNNNNNNNNNN T 1 000000000 63 0000

AGM VENTURES LLC
DEBTOR IN POSSESSION CASE NO 24-10457
7305 PARKLINE DR
RICHMOND VA 23226-3714



**Good news ☐ we reduced Non-Chase ATM Fees in more U.S. territories**

As of February 20, 2024, we lowered the transaction fee from $5 to $3 for cash withdrawals made at non-Chase ATMs in American Samoa, Guam and the Northern Mariana Islands. We don☐t charge these fees when you use a Chase ATM.

We will continue to waive this fee for Chase Business Complete Checking℠ accounts with Chase Military Banking benefits, Chase Platinum Business Checking℠ and Chase Performance Business Checking® accounts.

Surcharge fees from the ATM owner/network may still apply. A Foreign Exchange Rate Adjustment Fee from Chase will apply for ATM withdrawals in the currency other than U.S. dollars.

You can find the current fee schedule in the Additional Banking Services and Fees for Business Accounts at chase.com/business/disclosures.

If you have any questions, please call us at the number listed on this statement. We accept operator relay calls.

---

## CHECKING SUMMARY                Chase Business Complete Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $1,864.25 |
| Deposits and Additions | 5 | 18,210.67 |
| ATM & Debit Card Withdrawals | 4 | -1,838.26 |
| Electronic Withdrawals | 10 | -9,844.27 |
| Fees | 3 | -68.00 |
| Ending Balance | 22 | $8,324.39 |

<u>How to Avoid the Monthly Service Fee (MSF)</u>

If you meet any of the following qualifying activities for this Chase Business Complete Checking℠ account in a statement period, we will waive the $15 MSF.

Here's the business activity we used to determine if you qualified for the MSF waiver:

- <u>$2,000 Minimum Daily Ending Balance</u>: Your lowest daily ending balance was $611.25.
- <u>$2,000 Chase Payment Solutions℠Activity</u>: $0.00 was deposited into this account.
- <u>$2,000 Chase Ink ®Business Card Activity</u>: $0.00 was your total Ink activity.

You can also avoid the MSF if you:

- Maintain a linked Chase Private Client Checking℠ account OR
- Meet Chase Military Banking requirements

For complete details on all requirements to avoid the MSF, please review the Additional Banking Services and Fees for Business Accounts at chase.com/business/disclosures or visit a Chase branch.

**CHASE ⬡**

June 01, 2024 through June 28, 2024

Account Number:      0592

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|-------:|
| 06/12 | Real Time Transfer Recd From Aba/Contr Bnk-021000021  From: Bnf-Amazon.Com Ref: 61Ep7H07Rdaqipv Info: Text-  Iid: 20240612021000021P1Brjpc00510035450 Recd: 12:59:47 Trn: 0488061164Gb | $9,116.43 |
| 06/14 | Orig CO Name:Amazon.Com.CA IN       Orig ID:2110000247 Desc Date:       CO Entry Descr:Intl Pymntsec:CCD      Trace#:022000020654677 Eed:240614  Ind ID:178K4K600001Gd       Ind Name:Agm Ventures, LLC Iatcv Trn: 1660654677Tc | 76.50 |
| 06/18 | Orig CO Name:Amazoncomca Inc       Orig ID:9978170001 Desc Date:       CO Entry  Descr:Payment   Sec:CCD   Trace#:028000082922036 Eed:240618   Ind ID:Ko5Fusc2Rle3 Ind Name:Agm Ventures, LLC Iatcv Trn: 1702922036Tc | 8.05 |
| 06/21 | Real Time Transfer Recd From Aba/Contr Bnk-021000021  From: Bnf-Amazon.Com Ref: Ejqp4Fg9C9Dpiza Info: Text-  Iid: 20240621021000021P1Brjpc00500101718 Recd: 21:18:48 Trn: 0051110174Gd | 7,359.69 |
| 06/26 | Online Transfer From Chk ...8922 Transaction#: 21212658659 | 1,650.00 |
| **Total Deposits and Additions** | | **$18,210.67** |

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|-------:|
| 06/13 | Recurring Card Purchase 06/13 Amplifyy Www.Amplifyy. NJ Card 1143 | $271.00 |
| 06/13 | Recurring Card Purchase 06/13 Perpetua Httpsperpetua MD Card 1143 | 751.90 |
| 06/24 | Card Purchase       06/22 Junglr LLC Junglr.Com FL Card 1143 | 800.00 |
| 06/28 | Card Purchase       06/27 The UPS Store 6348 423-7365830 VA Card 1143 | 15.36 |
| **Total ATM & Debit Card Withdrawals** | | **$1,838.26** |

## ATM & DEBIT CARD SUMMARY

Alexander George Michael  Card 1143

| | | |
|---|---|---:|
| | Total ATM Withdrawals & Debits | $0.00 |
| | Total Card Purchases | $1,838.26 |
| | Total Card Deposits & Credits | $0.00 |

ATM & Debit Card Totals

| | | |
|---|---|---:|
| | Total ATM Withdrawals & Debits | $0.00 |
| | Total Card Purchases | $1,838.26 |
| | Total Card Deposits & Credits | $0.00 |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|-------:|
| 06/03 | 06/02 Online Transfer To Chk ...8922 Transaction#: 20969948960 | $250.00 |
| 06/10 | Orig CO Name:The Lane Law Fir       Orig ID:1742354575 Desc Date:       CO Entry Descr:Corp Coll Sec:CCD    Trace#:114000098029084 Eed:240610    Ind ID: Ind Name:Agm Ventures Trn: 1628029084Tc | 1,000.00 |
| 06/12 | 06/12 Online International Wire Transfer A/C: Oversea Chinese Banking Corp Ltd Singapore Singapore 52968-0 Sg Ref: Wallaroo Shipping 6-12-24 Business Expenses Trn: 3486254164Es | 2,256.00 |
| 06/12 | 06/12 Online Transfer To Chk ...8922 Transaction#: 21076590974 | 250.00 |
| 06/13 | 06/13 Online Transfer To Chk ...8922 Transaction#: 21085761069 | 250.00 |
| 06/21 | 06/21 Online Transfer To Chk ...8922 Transaction#: 21172679841 | 250.00 |
| 06/24 | Orig CO Name:The Lane Law Fir       Orig ID:1742354575 Desc Date:       CO Entry  Descr:Corp Coll Sec:CCD    Trace#:114000092746207 Eed:240624  Ind ID: Ind Name:Agm Ventures Trn: 1762746207Tc | 1,000.00 |

![CHASE logo]

June 01, 2024 through June 28, 2024

Account Number:     0592

## ELECTRONIC WITHDRAWALS (continued)

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 06/24 | 06/22 Online Transfer To Chk ...8922 Transaction#: 21178040449 | 1,650.00 |
| 06/24 | Orig CO Name:Liberty     Orig ID:0000061050 Desc Date:240624 CO Entry Descr:Mutual   Sec:Web   Trace#:021000023098985 Eed:240624   Ind ID:0510775 Ind Name:Agm *Ventures, LLC Dba 844-961-0334 Trn: 1763098985Tc | 438.27 |
| 06/27 | 06/27 Online Domestic Wire Transfer Via: Pinnacle Bank TN/064008637 A/C: Fund Ex Solutions Group LLC Syracuse NY 13204 US Ref: Adequate Protection Payment From Agm Ventures Imad: 0627Mmqfmp2N027666 Trn: 3475344179Es | 2,500.00 |

**Total Electronic Withdrawals**     **$9,844.27**



## FEES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 06/03 | Counter Check | $3.00 |
| 06/12 | Online US Dollar Intl Wire Fee | 40.00 |
| 06/27 | Online Domestic Wire Fee | 25.00 |

**Total Fees**     **$68.00**

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|------|--------|------|--------|------|--------|
| 06/03 | $1,611.25 | 06/14 | 5,985.28 | 06/26 | 10,864.75 |
| 06/10 | 611.25 | 06/18 | 5,993.33 | 06/27 | 8,339.75 |
| 06/12 | 7,181.68 | 06/21 | 13,103.02 | 06/28 | 8,324.39 |
| 06/13 | 5,908.78 | 06/24 | 9,214.75 | | |

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

**CHASE** ⬡

June 01, 2024 through June 28, 2024

Account Number:      0592

This Page Intentionally Left Blank

# amazon services
## seller central
Questions? Get Help Online

Display name:    WallarooInc
Legal name:    AGM Ventures, LLC

Account activity from Jun 1, 2024 00:00 PDT through Jun 30, 2024 23:59 PDT

All amounts in USD, unless specified

## Summaries

Can include Amazon Marketplace, Fulfillment by Amazon (FBA), and Amazon Webstore transactions
Account Types Included - Standard Orders, Invoiced Orders

| | | Totals |
|---|---|---|
| Income | Net sales, credits, and refunds | 29,892.06 |
| Expenses | Net fees, including Amazon service fees, selling fees, FBA fees, shipping, and taxes | -19,266.23 |
| Tax | Net taxes collected on product sales and services | 0 |
| Transfers | Net deposits and withdrawals | -16,476.12 |

Account Types Included - Standard Orders, Invoiced Orders

## Income    29,892.06

| | Debits | Credits |
|---|---|---|
| Product sales (non-FBA) | | 0 |
| Product sale refunds (non-FBA) | 0 | |
| FBA product sales | | 31,242.07 |
| FBA product sale refunds | -1,868.89 | |
| FBA inventory credit | | 330.95 |
| FBA liquidation proceeds | | 0 |
| FBA Liquidations proceeds adjustments | | 0 |
| Shipping credits | | 326.11 |
| Shipping credit refunds | -11.98 | |
| Gift wrap credits | | 0 |
| Gift wrap credit refunds | 0 | |
| Promotional rebates | -127.33 | |
| Promotional rebate refunds | | 1.13 |
| A-to-z Guarantee claims | 0 | |
| Chargebacks | 0 | |
| Amazon Shipping Reimbursement | | 0 |
| SAFE-T reimbursement | | 0 |
| **subtotals** | **-2,008.20** | **31,900.26** |

## Expenses    -19,266.23

| | Debits | Credits |
|---|---|---|
| Seller fulfilled selling fees | 0 | |
| FBA selling fees | -4,681.21 | |
| Selling fee refunds | | 280.48 |
| FBA transaction fees | -6,527.90 | |
| FBA transaction fee refunds | | 10.85 |
| Other transaction fees | 0 | |
| Other transaction fee refunds | | 0 |
| FBA inventory and inbound services fees | -265.17 | |
| Shipping label purchases | 0 | |
| Shipping label refunds | | 0 |
| Carrier shipping label adjustments | | 0 |
| Service fees | -194.10 | |
| Refund administration fees | -56.23 | |
| Adjustments | -88.55 | |
| Cost of Advertising | -7,744.40 | |
| Refund for Advertiser | | 0 |
| Liquidations fees | 0 | |
| **subtotals** | **-19,557.56** | **291.33** |

## Transfers    -16,476.12

| | Debits | Credits |
|---|---|---|
| Transfers to bank account | -16,476.12 | |
| Failed transfers to bank account | | 0 |
| Disburse to Amazon Gift Card balance | 0 | |
| Charges to credit card and other debt recovery | | 0 |
| **subtotals** | **-16,476.12** | **0** |

## Tax    0

| | Debits | Credits |
|---|---|---|
| Product, shipping, gift wrap taxes and regulatory fee collected | | 2,250.59 |
| Product, shipping, gift wrap taxes and regulatory fee refunded | -136.55 | |
| Amazon Obligated Tax and Regulatory Fee Withheld | -2,114.04 | |
| **subtotals** | **-2,250.59** | **2,250.59** |

Information in this statement does not constitute accounting, tax, legal, or other professional advice.