**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| AGM VENTURES LLC | § | |
| | § | |
| DEBTOR | § | BANKRUPTCY CASE NO. 24-10457 |

**NOTICE OF CONTINUED CONFIRMATION HEARING AND PLAN DEADLINES**
**(Docket No. 84)**

You are hereby notified that a continued hearing on Debtor's Chapter 11 Plan is set for November 19, 2024 at 3:00 p.m.. This hearing will be virtual, see following link:

https://www.zoomgov.com/my/robinson.txwb or Call 669-254-5252. Meeting ID: 161 0862 5245.

The Plan deadlines are as follows:

1. Last day to file a Plan objections will be November 15, 2024;

*If you are unfamiliar with Judge Robinson's courtroom instructions please see below link:*

Honorable Shad M. Robinson, U.S. Bankruptcy Judge | Western District of Texas | United States

Bankruptcy Court (uscourts.gov)

Respectfully submitted,

THE LANE LAW FIRM, PLLC

*/s/Robert C. Lane*
Robert C. Lane
State Bar No. 24046263
notifications@lanelaw.com
Joshua D. Gordon
State Bar No. 24091592
Joshua.gordon@lanelaw.com
6200 Savoy, Suite 1150
Houston, Texas 77036
(713) 595-8200 Voice
(713) 595-8201 Facsimile
COUNSEL FOR DEBTOR

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Notice of Continued Chapter 11 Plan Confirmation Hearing and Plan Deadlines and mailing of Solicitation Package was served upon the US Trustee and to the parties listed on the service list below and on the attached mailing matrix, either via electronic notice by the court's ECF noticing system or by United States first class mail, postage prepaid, on October 18, 2024:

Debtor:
AGM Ventures LLC
8917 Vigen Circle
Austin, TX 78748

US Trustee:
Office of the U.S. Trustee
903 San Jacinto Blvd
Room 230
Austin, Texas 78701

Electronic Notification ECF:

Michael G. Colvard
mcolvard@mdtlaw.com, mcolvard@ecf.axosfs.com;amartinez@mdtlaw.com

Michael G. Colvard on behalf of Trustee Michael G. Colvard
mcolvard@mdtlaw.com, mcolvard@ecf.axosfs.com;amartinez@mdtlaw.com

Robert Chamless Lane on behalf of Debtor AGM Ventures LLC
chip.lane@lanelaw.com, thelanelawfirm@jubileebk.net;notifications@lanelaw.com

Shane P. Tobin on behalf of U.S. Trustee United States Trustee - AU12
shane.p.tobin@usdoj.gov,
Carolyn.Feinstein@usdoj.gov;gary.wright3@usdoj.gov;Tisha.Savannah@usdoj.gov

United States Trustee - AU12
ustpregion07.au.ecf@usdoj.gov

Kyle Woodard on behalf of Creditor Fund-Ex Solutions Group, LLC
kwoodard@krcl.com, KWoodard@ecf.courtdrive.com;ecf@krcl.com

*/s/Robert C. Lane*
Robert C. Lane

```
Label Matrix for local noticing        AGM Ventures LLC                      United States Trustee (SMG111)
0542-1                                  7305 Parkline Dr                     United States Trustee
Case 24-10457-smr                       Richmond, VA 23226-3714              903 San Jacinto Blvd, Suite 230
Western District of Texas                                                    Austin, TX 78701-2450
Austin
Fri Oct 18 07:53:38 CDT 2024

U.S. BANKRUPTCY COURT                   AGM Ventures LLC                     Alexander Michael
903 SAN JACINTO, SUITE 322              8917 VIGEN CIR                       8917 Vigen Cir
AUSTIN, TX 78701-2450                   Austin, TX 78748-1600                Austin, TX 78748-1600




Amazon Capital Services, Inc.           Amazon Capital Services, Inc.        American Express
410 Terry Ave N                         c/o K&L Gates LLP                    200 Vesey St
Seattle, WA 98109-5210                  Attn: Brian Peterson                 New York, NY 10285-1000
                                        925 Fourth Avenue, Suite 2900
                                        Seattle, WA 98104-1158


American Express National Bank          Fund-Ex Solutions Group, LLC         Fund-Ex Solutions Group, LLC
c/o Becket and Lee LLP                  201 Solar St                         Attn: Heidi Whitesell
PO Box 3001                             Syracuse, NY 13204-1425              10234 W. State Road 84
Malvern  PA 19355-0701                                                       Davie, FL 33324-4202



Fund-Ex Solutions Group, LLC            Goldman Sachs Bank USA               (p)JPMORGAN CHASE BANK  N A
c/o Kyle Woodard                        P.O. Box 45400                       BANKRUPTCY MAIL INTAKE TEAM
Kane Russell Coleman Logan PC           Salt Lake City, UT 84145-0400        700 KANSAS LANE FLOOR 01
901 Main Street, Suite 5200                                                  MONROE LA 71203-4774
Dallas, TX 75202-3705


JPMorgan Chase Bank, N.A.               The Lane Law Firm                    United States Trustee - AU12
s/b/m/t Chase Bank USA, N.A.            6200 Savoy Dr Ste 1150               United States Trustee
c/o Robertson, Anschutz, Schneid,       Houston, TX 77036-3369               903 San Jacinto Blvd, Suite 230
Crane & Partners, PLLC                                                       Austin, TX 78701-2450
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487-2853

Michael G. Colvard                      Robert Chamless Lane
Martin & Drought, PC                    The Lane Law Firm PLLC
Weston Centre                           6200 Savoy Dr Ste 1150
112 E Pecan St, Suite 1616              Houston, TX 77036-3369
San Antonio, TX 78205-8902
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
JPMorgan Chase                          End of Label Matrix
270 Park Ave                            Mailable recipients    19
New York, NY 10017-2014                 Bypassed recipients     0
                                        Total                  19
```